

320-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
TIANJIN GENERAL SHIPPING CO. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

**'08 CIV 5396**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TIANJIN GENERAL SHIPPING CO. LTD.,                08  CV        (     )

                         Plaintiff,        **RULE 7.1 STATEMENT**
     -against -

HISEA SHIPPING (HK) CO. LTD. and TIANJIN TEDA
HAI YUE MODERN PORTS LOGISTICS CO. LTD.
a/k/a TIANJIN TEDA HAIYUE MODERN PORTS
LOGISTICS CO. LTD.,

                         Defendant.
------------------------------------------------------------------x

       The Plaintiff, TIANJIN GENERAL SHIPPING CO. LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       June 13, 2008

                                 FREEHILL HOGAN & MAHAR, LLP
                                 Attorneys for Plaintiff
                                 TIANJIN GENERAL SHIPPING CO. LTD.

                     By: _____
                                 Michael E. Unger (MU 0045)
                                 80 Pine Street
                                 New York, NY 10005
                                 Telephone: (212) 425-1900
                                 Fax: (212) 425-1901