320-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
TIANJIN GENERAL SHIPPING CO. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIANJIN GENERAL SHIPPING CO. LTD.,

                Plaintiff,

-against-

HISEA SHIPPING (HK) CO. LTD. and TIANJIN TEDA HAI YUE MODERN PORTS LOGISTICS CO. LTD. a/k/a TIANJIN TEDA HAIYUE MODERN PORTS LOGISTICS CO. LTD.,

                Defendant.

08 Civ 5396 (GEL)

**ORDER DIRECTING
RELEASE OF FUNDS AND
DISCONTINUANCE OF ACTION**

---

      **IT HAVING BEEN** reported to the Court that the parties have settled their underlying dispute;

      **IT IS HEREBY ORDERED** that any garnishee bank holding funds pursuant to the Process of Maritime Attachment and Garnishment issued in this action shall, in the case of funds being remitted to the defendants, release the funds in accordance with the original wire transfer instructions; and with respect to restrained funds which were originated by the defendants said funds are to be returned to the originating defendant; and

      **IT IS FURTHER ORDERED** that this matter be dismissed with prejudice and without costs as to any party.

NYDOCS1/307237.1

Dated: New York, New York
       June __, 2008

                                              Michael E. Unger, Esq. (MU-0045)
                                              FREEHILL HOGAN & MAHAR, LLP
                                              Attorneys for Plaintiff
                                              80 Pine Street
                                              New York, New York 10005
                                              Tel: (212) 425-1900
                                              Fax: (212) 425-1901

"SO ORDERED"

_____
Hon. Gerald E. Lynch, U.S.D.J.

6/26/08

NYDOCS1/307237.1                      2